IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                      MAGISTRATE NO. 1:19-mj-00077-JCG

SHILOH PISARICH

ORDER

Considering the foregoing Motion of the United States, the Court finds:

1) The defendant having been arrested, there is no longer need to maintain the complaint, arrest warrant and affidavit in support of the criminal complaint under seal.

IT IS HEREBY ORDERED the Criminal Complaint, arrest warrant and the affidavit in support of the Criminal Complaint, be unsealed.

SO ORDERED this 6th day of September, 2019.

                             s/ *John C. Gargiulo*
                             HONORABLE JOHN C. GARGIULO
                             UNITED STATES MAGISTRATE JUDGE